Herbert L. Terreri, Esq., SBN 169815
LAW OFFICES OF HERBERT L. TERRERI
141 North Street, 2nd Floor
Healdsburg, CA 95448
(707)431-1933
(707)431-2769 Facsimile

Attorney for Plaintiff
ANTONIO ROSAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ROSAS, | ) CASE NO. C04-5231 SI |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| v. | ) HEARING ON MOTION FOR |
| | ) SUMMARY JUDGMENT |
| TOWN OF WINDSOR, | ) Date: September 9, 2005 |
| Defendants. | ) Time: 10:00 a.m. |
| | ) CMC Date: 9/9/05 |

TO: ALL PARTIES AND THEIR ATTORNEY OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff ANTONIO ROSAS and defendant TOWN OF WINDSOR, through their respective attorneys, as follows:

1. The hearing on defendant's Motion for Summary Judgment currently scheduled for September 9, 2005 is continued to October 11, 2005;

2. Plaintiff's Opposition is due August 29, 2005;

3. Defendant's Reply is due September 6, 2005;

4. The case management conference currently scheduled for September 9, 2005 at 2:00 p.m. is continued to October 11, 2005.

This Stipulation is made to accommodate the Plaintiff's counsel as a result of a family emergency.

---
U.S. District Court, Northern District Case No. C 04-5231 SI
Stipulation to Continue Hearing on Motion for Summary Judgment       Page 1

| | | |
|---|---|---|
| 1 | Dated: 8-19-05 | THE LAW OFFICES OF HERBERT L. TERRERI |
| 2 | | /s/ Herbert L. Terreri |
| 3 | | By:_____ |
| 4 | | Herbert L. Terreri, Esq.<br>Attorney for Plaintiff, ANTONIO ROSAS |
| 6 | Date: 8-19-05 | |
| 7 | | /s/ Adrienne M. Moran<br>BY:_____ |
| 8 | | Adrienne M. Moran<br>Attorney for Defendants |
| 9 | | TOWN OF WINDSOR |

I, Herbert L. Terreri, as the filer of this document, attest that concurrence in the filing has been obtained from the other signatory.

| | | |
|---|---|---|
| | | LAW OFFICES OF HERBERT L. TERRERI |
| | Date: 8-19-05 | |
| | | /s/ Herbert L. Terreri<br>By:_____ |
| | | Herbert L. Terreri<br>Attorney for Plaintiff ANTONIO ROSAS |

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, /s/ Judge Susan Illston]

---

U.S. District Court, Northern District Case No. C 04-5231 SI
Stipulation to Continue Hearing on Motion for Summary Judgment

Page 2

**Rosas v. Town of Windsor**
**Case No. C 04-5231**

# PROOF OF SERVICE
[Code of Civil Procedure §§1013, 2015.5]

STATE OF CALIFORNIA, COUNTY OF SONOMA:

    I am a resident of the United States. My business address is 141 North St, Second floor, Healdsburg, California. I am employed in the County of Sonoma, where this mailing occurs. I am over the age of 18 years, and am not a party to the within cause. On the date set forth below, I caused the the foregoing document(s) to be served:

**STIPULATION TO CONTINUE HEARING ON**
**MOTION FOR SUMMARY JUDGMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Adrienne M. Moran                         Facsimile
SHAPRIOR, GALVIN, SHAPIRO          707-544-6702
   PIASTA & MORAN
P.O. Box 5589
Santa Rosa, CA 95402

(X)      BY MAIL- I placed a copy of the above-described document in sealed envelope(s), addressed to such party(s) as above-described for collection and mailing at Healdsburg, California, following ordinary business practices. I am readily familiar with the practice of the Law Offices of Herbert L. Terreri for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited at the United States Post Office the same day as it is placed for processing.

( )       STATE- I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

(X)      FEDERAL- I declare that I am employed in the office of a member of the bar of this court at whose direction of service was made.

Executed on August 19, 2005, at Healdsburg, California.

                                              /s/ Melisa M. Brown
                                              _____
                                              Melisa M. Brown