1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  141 North Street, 2nd Floor
   Healdsburg, CA 95448
3  (707)431-1933
   (707)431-2769 Facsimile
4
   Attorney for Plaintiff
5  ANTONIO ROSAS

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   ANTONIO ROSAS,                ) CASE NO.  C04-5231 SI
11                               )
          Plaintiff,              ) STIPULATION TO CONTINUE
12                               ) HEARING ON MOTION FOR
      v.                         ) SUMMARY JUDGMENT
13                               )
   TOWN OF WINDSOR,              ) Date:   October 7, 2005
14                               ) Time: 9:00 a.m.
          Defendants.             ) CMC Date: 10/7/05
15 _____ ) _____

16 TO:    ALL PARTIES AND THEIR ATTORNEY OF RECORD:

17    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff ANTONIO

18 ROSAS and defendant TOWN OF WINDSOR, through their respective attorneys, as follows:

19    1.    The hearing on defendant's Motion for Summary Judgment currently scheduled

20          for October 7, 2005 is continued to October 18, 2005;

21    2.    The case management conference currently scheduled for October 7, 2005 at 2:00

22          p.m. is to be held immediately following the hearing for Summary Judgment.

23    This Stipulation is made to accommodate the Plaintiff's counsel as a result of an out of

24 town professional conference.

25

26

27

28

_____
U.S. District Court, Northern District Case No.  C 04-5231 SI
Stipulation to Continue Hearing on Motion for Summary Judgment                Page 1

| | | |
|---|---|---|
| 1 | Dated: 9-22-05 | THE LAW OFFICES OF HERBERT L. TERRERI |
| 2 | | /s/ Herbert L. Terreri |
| 3 | | By:_____ |
| 4 | | Herbert L. Terreri, Esq.<br>Attorney for Plaintiff, ANTONIO ROSAS |

Date: 9-22-05

/s/ Adrienne M. Moran
BY:_____
Adrienne M. Moran
Attorney for Defendants
TOWN OF WINDSOR

I, Herbert L. Terreri, as the filer of this document, attest that concurrence in the filing has been obtained from the other signatory.

LAW OFFICES OF HERBERT L. TERRERI

Date: 9-22-05

/s/ Herbert L. Terreri
By:_____
Herbert L. Terreri
Attorney for Plaintiff ANTONIO ROSAS

**GRANTED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

U.S. District Court, Northern District Case No. C 04-5231 SI
Stipulation to Continue Hearing on Motion for Summary Judgment

**Rosas v. Town of Windsor**
**Case No. C 04-5231**

# PROOF OF SERVICE
[Code of Civil Procedure §§1013, 2015.5]

STATE OF CALIFORNIA, COUNTY OF SONOMA:

     I am a resident of the United States. My business address is 141 North St, Second floor, Healdsburg, California. I am employed in the County of Sonoma, where this mailing occurs. I am over the age of 18 years, and am not a party to the within cause. On the date set forth below, I caused the the foregoing document(s) to be served:

**STIPULATION TO CONTINUE HEARING ON**
**MOTION FOR SUMMARY JUDGMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Adrienne M. Moran             Facsimile
SHAPRIOR, GALVIN, SHAPIRO    707-544-6702
   PIASTA & MORAN
P.O. Box 5589
Santa Rosa, CA 95402

(X)    BY MAIL- I placed a copy of the above-described document in sealed envelope(s), addressed to such party(s) as above-described for collection and mailing at Healdsburg, California, following ordinary business practices. I am readily familiar with the practice of the Law Offices of Herbert L. Terreri for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited at the United States Post Office the same day as it is placed for processing.

( )    STATE- I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

(X)    FEDERAL- I declare that I am employed in the office of a member of the bar of this court at whose direction of service was made.

Executed on September 23, 2005, at Healdsburg, California.

                                              /s/ Melisa M. Brown
                                             _____
                                             Melisa M. Brown